United States District Court
Southern District of Texas

**ENTERED**

March 07, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JESUS CARDONA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-25-1582 |
| | § | |
| MARITIME ASSOCIATION – I.L.A | § | |
| RETIREMENT PLAN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

This court has reviewed de novo the defendants' motion to dismiss, (Docket Entry No. 14); the related briefing and complaint, (Docket Entry Nos. 12, 15, 30); and the United States Magistrate Judge's Memorandum and Recommendation, (Docket Entry No. 31). *See* FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). No objections were filed. This court finds that the Magistrate Judge accurately identified the alleged facts and correctly applied the law.

Based on this court's de novo review of the motion, the briefing, the record, and the applicable law, the court adopts the Memorandum and Recommendation as this court's Memorandum and Order. The defendants' motion to dismiss, (Docket Entry No. 14), is granted. A final judgment dismissing this civil action with prejudice will be entered separately.

SIGNED on March 5, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge